**MEMO ENDORSED**

THE LAW OFFICE OF
# NOOR A. SAAB

380 N. Broadway, Ste 300
Jericho, New York 11753
Tel: (718) 740-5060 * Fax: (718) 709-5912
Email:  NoorASaabLaw@gmail.com

Noor A. Saab, Esq.*
-----------
* Admitted in New York

QUEENS OFFICE
148-02 Hillside Ave
Jamaica, New York 11435

**VIA ECF**
Honorable Judge Jennifer L. Rochon
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/16/2023
```

Re:   Janelys Hernandez v. A.K. Rikks - Case No. 1:22-cv-07755
      **Adjournment** Pre-Motion Settlement Conference **Request due to Illness**

To the Judge Jennifer L. Rochon,

Plaintiff submits this letter motion respectfully seeking an adjournment of the pre-motion settlement conference currently scheduled for May 16, 2023 to May 24, 2023 or any such later date as acceptable for the Court.  Plaintiff's counsel has been diagnosed with pneumonia and is presently unable to speak. (Documentation available upon request).  This is the first time Plaintiff seeks the relief requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*

---

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled for Tuesday, May 16, 2023, at 3:00 p.m. is hereby rescheduled to **Thursday, July 20, 2023 at 11:00 a.m.**  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
05/16/2023